[Nos. 56540-1-I; 57285-7-I. Division One. April 16, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. DEMICKO B. THOMAS, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 03-1-00029-5, Richard McDermott, J., entered June 10, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Baker and Cox, JJ.

[No. 56747-1-I. Division One. April 16, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. ETIENNE J. CHARBONNEAU, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02098-5, Eric Z. Lucas, J., entered August 22, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56893-1-I. Division One. April 16, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. PARIS DESHONN PERRANTES, *Appellant.*

Appeal from judgments of the Superior Court for Snohomish County, No. 97-1-00970-1, James H. Allendoerfer, J., entered February 10, 1998 and August 16, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Cox, J.

[No. 57078-1-I. Division One. April 16, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL ARTHUR MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-04681-0, Richard McDermott, J., entered September 19, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Coleman, J.